**Edward C. Kiesler, Appellee, v. Joseph B. Kiesler et al., Appellants.**

**Gen. No. 44,171.**

■■■■ 105

■■■■

■■■■

■■■■ opinion filed April 12,
1948; rehearing denied April 23, 1948; released for publication April 23,
1948. Charles Leviton and Jerome H. Leviton, for appellants; Edward W.
Parlce, Edgar A. Jonas and Frederick C. Jonas, for appellee. Opinion by
PRESIDING JUSTICE NIEMEYER. Not to be published in full.

